# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Teresa R. Riley f/k/a Teresa Hummel f/k/a Teresa R. Hummel a/k/a Teresa Riley f/k/a Teresa Reynay Hummel a/k/a Teresa Reynay Riley<br>Debtor(s) | BK NO. 22-02167 MJC<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ Michael Farrington
                                      Michael Farrington
                                      14 Nov 2022, 11:18:17, EST

                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      215-627-1322