United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                  Case No. 22-02167-MJC

Teresa R. Riley                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                                User: AutoDocke                               Page 1 of 3
Date Rcvd: Dec 16, 2022                        Form ID: ntcnfhrg                           Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Teresa R. Riley, 8 W Mill St, Elysburg, PA 17824-9605 |
| 5505412 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5505423 | PA Sta Empcu, PO Box 1006, Harrisburg, PA 17108-1006 |
| 5505411 | Riley Teresa R, 8 W Mill St, Elysburg, PA 17824-9605 |
| 5505426 | Service 1st Federl Cr, 1985 Montour Blvd, Danville, PA 17821-8160 |
| 5505429 | Timothy Riley, 8 W Mill St, Elysburg, PA 17824-9605 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: rmscedi@recoverycorp.com | Dec 16 2022 18:41:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5505414 | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 16 2022 18:36:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5505413 | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 16 2022 18:36:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5505416 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2022 18:41:34 | Capital One, Attn: Bnakruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5505415 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2022 18:41:34 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5511060 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2022 18:41:23 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5505417 | Email/PDF: pa_dc_ed@navient.com | Dec 16 2022 18:41:23 | Dept of Ed/Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5505418 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 16 2022 18:41:23 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5508591 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 16 2022 18:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5511048 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 18:41:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5505419 | Email/PDF: pa_dc_claims@navient.com | Dec 16 2022 18:41:23 | Navient Solutions Inc, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 5505420 | Email/PDF: cbp@onemainfinancial.com | Dec 16 2022 18:41:29 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5505421 | Email/PDF: cbp@onemainfinancial.com | Dec 16 2022 18:41:34 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5505422 | Email/Text: bankruptcynotices@psecu.com | Dec 16 2022 18:36:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |

| | | | | |
|---|---|---|---|---|
| 5510522 | + | Email/Text: bankruptcynotices@psecu.com | Dec 16 2022 18:36:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5505424 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 16 2022 18:36:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5505425 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 16 2022 18:36:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5511002 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 16 2022 18:36:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5505428 | | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 18:41:24 | Syncb/Verizon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5505427 | | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 18:41:24 | Syncb/verizo, PO Box 965015, Orlando, FL 32896-5015 |
| 5505719 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 18:41:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5505430 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 16 2022 18:41:23 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 5505431 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 16 2022 18:41:23 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2022         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Teresa R. Riley MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Teresa R. Riley,<br>aka Teresa Riley, aka Teresa Reynay Riley, fka Teresa R. Hummel, fka Teresa Hummel, fka Teresa Reynay Hummel,<br>**Debtor 1** | Chapter 13<br><br>Case No. 4:22−bk−02167−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 12, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 19, 2023<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 16, 2022 |

ntcnfhrg (08/21)