Certificate Number: 17572-PAM-DE-037113858

Bankruptcy Case Number: 22-02167


17572-PAM-DE-037113858

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 17, 2023, at 2:35 o'clock PM PST, Teresa R Riley completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 17, 2023

By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor