WWR# 041154450

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER NO. 13 |
| | ) | |
| Teresa R Riley | ) | BANKRUPTCY NO. 22-02167-MJC |
| | ) | |
| Debtors | ) | Nature of Proceeding |
| | ) | Motion for Relief from Automatic Stay |
| PSECU | ) | |
| Movant | ) | Related to Document # 28 |
| | ) | |
| Teresa R Riley | ) | |
| | ) | |
| Respondent/Debtor | ) | |
| | ) | |
| Jack N Zaharopoulos, Standing Trustee | ) | |
| Additional Respondent | ) | |

**REQUEST TO REMOVE**

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within
☒ Thirty (30) days.
☐ Forty-five (45) days.
☐ Sixty(60) days.

(2) If a stipulation is not filed or a hearing requested within thirty (30) days, it is understood that this proceeding will be dismissed without prejudice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated 05/18/2023

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Cleveland, OH 44131
216-739-5647
mgvozdenovic@weltman.com

WWR# 041154450

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER NO. 13 |
| | ) | |
| Teresa R Riley | ) | BANKRUPTCY NO. 22-02167-MJC |
| | ) | |
| Debtors | ) | Nature of Proceeding |
| | ) | Motion for Relief from Automatic Stay |
| PSECU | ) | |
| Movant | ) | Related to Document # 28 |
| | ) | |
| Teresa R Riley | ) | |
| | ) | |
| Respondent/Debtor | ) | |
| | ) | |
| Jack N Zaharopoulos, Standing Trustee | ) | |
| Additional Respondent | ) | |

## ORDER STIPULATION DUE

Upon consideration of the Request to Remove from the Hearing/Trial List filed by the parties indicating that a settlement has been reached and a stipulation will be filed, it is hereby

**ORDERED**, if a stipulation or a request to relist matter for hearing/trial is not filed by 06/17/2023, the Court may deny this Motion without further notice.

**FURTHER ORDERED** that the hearing/trial previously scheduled on the Motion for Relief from the Automatic Stay for 05/25/2023 is hereby CANCELED.

_____
Honorable Mark J Conway
United States Bankruptcy Judge

Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Cleveland, OH 44131
216-739-5647
mgvozdenovic@weltman.com