WWR# 041154450

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Teresa R Riley<br>　　　　　Debtor<br><br>PSECU<br>　　　　　Movant<br><br>Teresa R Riley<br>　　　　　Respondent/Debtor<br>Jack N Zaharopoulos, Standing Trustee<br>Additional Respondent | CASE NO. 22-02167-MJC<br><br>CHAPTER 13<br><br>Related to Document Number **28, 31** |

**ORDER**

　　AND NOW, to-wit, this _____ day of _____ 2023, upon consideration of the foregoing stipulation, said stipulation is hereby approved and SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE MARK J CONWAY
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Milos Gvozdenovic
Weltman, Weinberg & Reis, Co., L.P.A.
965 Keynote Circle
Cleveland, OH 44131
216-739-5647
mgvozdenovic@weltman.com