United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-02167-MJC
Teresa R. Riley  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 3
Date Rcvd: Sep 08, 2023     Form ID: ordsmiss     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Teresa R. Riley, 8 W Mill St, Elysburg, PA 17824-9605 |
| 5505423 | PA Sta Empcu, PO Box 1006, Harrisburg, PA 17108-1006 |
| 5505411 | Riley Teresa R, 8 W Mill St, Elysburg, PA 17824-9605 |
| 5505426 | Service 1st Federl Cr, 1985 Montour Blvd, Danville, PA 17821-8160 |
| 5505429 | Timothy Riley, 8 W Mill St, Elysburg, PA 17824-9605 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + EDI: RECOVERYCORP.COM | Sep 08 2023 22:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5519297 | + EDI: MAXMSAIDV | Sep 08 2023 22:58:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville, Tx 75403-3001 |
| 5505414 | EDI: BANKAMER.COM | Sep 08 2023 22:58:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5505413 | EDI: BANKAMER.COM | Sep 08 2023 22:58:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5505416 | EDI: CAPITALONE.COM | Sep 08 2023 22:58:00 | Capital One, Attn: Bnakruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5505415 | EDI: CAPITALONE.COM | Sep 08 2023 22:58:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5511060 | EDI: CAPITALONE.COM | Sep 08 2023 22:58:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5505417 | EDI: MAXMSAIDV | Sep 08 2023 22:58:00 | Dept of Ed/Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5505418 | EDI: JPMORGANCHASE | Sep 08 2023 22:58:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5508591 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 08 2023 19:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5511048 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2023 19:11:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5505412 | Email/Text: mylawyer@jpplaw.com | Sep 08 2023 19:02:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5505419 | EDI: NAVIENTFKASMSERV.COM | Sep 08 2023 22:58:00 | Navient Solutions Inc, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 5505420 | EDI: AGFINANCE.COM | Sep 08 2023 22:58:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 5505421 | | EDI: AGFINANCE.COM | Sep 08 2023 22:58:00 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5505422 | | Email/Text: bankruptcynotices@psecu.com | Sep 08 2023 19:02:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5510522 | + | Email/Text: bankruptcynotices@psecu.com | Sep 08 2023 19:02:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5505424 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 08 2023 19:02:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5505425 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 08 2023 19:02:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5511002 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 08 2023 19:02:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5505428 | | EDI: RMSC.COM | Sep 08 2023 22:58:00 | Syncb/Verizon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5505427 | | EDI: RMSC.COM | Sep 08 2023 22:58:00 | Syncb/verizo, PO Box 965015, Orlando, FL 32896-5015 |
| 5505719 | + | EDI: RMSC.COM | Sep 08 2023 22:58:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5505430 | | EDI: WFFC2 | Sep 08 2023 22:58:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 5505431 | | EDI: WFFC2 | Sep 08 2023 22:58:00 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 5515125 | | EDI: WFFC2 | Sep 08 2023 22:58:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2023             Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2023 at the address(es) listed below:**

**Name** | **Email Address**

Denise E. Carlon

on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC, f/k/a Quicken Loans Inc bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

Jason Paul Provinzano

on behalf of Debtor 1 Teresa R. Riley MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com

Michael Patrick Farrington

on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC, f/k/a Quicken Loans Inc mfarrington@kmllawgroup.com

Michael Patrick Farrington

on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com

Milos Gvozdenovic

on behalf of Creditor PSECU mgvozdenovic@weltman.com pitecf@weltman.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Teresa R. Riley,<br>aka Teresa Riley, aka Teresa Reynay Riley, fka Teresa R. Hummel, fka Teresa Hummel, fka Teresa Reynay Hummel, | Chapter | 13 |
| | Case No. | 4:22−bk−02167−MJC |

**Debtor 1**

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: September 8, 2023

ordsmiss (05/18)